**Order entered September 17, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00729-CR

**JEAN KENNETH TONEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. 061707**

## ORDER

The Court **GRANTS** appellant's August 30, 2013 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
          JUSTICE